```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
| United States of America | |
|---|---|
| v. | |
| Kim Curtis Simmons, | |
| *Defendant.* | |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/15

Deferred Prosecution Agreement

14 Cr. 306 (KMW)

TO: Kim Curtis Simmons

    On August 14, 2014, you were charged by superseding Indictment with one Count of violating Title 21, United States Code, Section 846. However, after a thorough investigation, it has been determined that the interest of the United States and your own interest will best be served by deferring prosecution in this District. Prosecution will be deferred during the term of your good behavior and satisfactory compliance with the terms of his agreement for the period of twelve months from the signing of this agreement. The terms and conditions constituting your good behavior and satisfactory compliance are as follows:

(1) You shall refrain from violation of any law (federal, state and local). You shall immediately contact your U.S. Pretrial Services Officer if arrested or questioned by a law-enforcement officer.

(2) You shall not be in the presence of anyone who is engaging in unlawful activity.

(3) You shall work regularly at a lawful occupation and/or regularly attend school and support your legal dependents, if any, to the best of your ability. When out of work or not attending school you shall notify your supervising U.S. Pretrial Services Officer at once. You shall consult him or her prior to job and school changes.

(4) You shall not leave the continental United States without permission of your supervising U.S. Pretrial Services Officer.

(5) You shall notify your supervising U.S. Pretrial Services Officer immediately of any change in your place of residence

(6) You shall follow your supervising U.S. Pretrial Services Officer's instructions and advice.

(7) You shall report to your supervising U.S. Pretrial Services Officer as directed.

(8) You shall submit to random drug testing and treatment as directed by your supervising U.S. Pretrial Services Officer.

United States v. Kim Curtis Simmons, 14 Cr. 306 (KMW)
Deferred Prosecution Agreement
November 12, 2015
Page 2 of 3

     As a further condition you hereby consent to disclosure, by any federal, state or local government agency, or by any medical or substance abuse treatment provider, to the U.S. Pretrial Services Officer supervising your case, of such medical and treatment records as may be requested by the Pretrial Services Officer to evaluate deferral of prosecution in this case. You further agree that you will execute any additional consent forms that any such agency or provider may require to release such information.

     The United States Attorney may at any time revoke or modify any condition of this provisional release or change the period of such supervision. The United States Attorney may discharge you from supervision at any time. The United States Attorney may at any time proceed with the prosecution for this offense should such action be deemed advisable.

     If upon completion of your supervision a written report from your supervising U.S. Pretrial Services Officer is received to the effect that you have complied with all the rules, regulations and conditions and special conditions, if any, above mentioned, no further prosecution will be instituted in this District for the above offense.

Dated: New York, New York
       November 12, 2015

                                      PREET BHARARA
                                      United States Attorney
                                      Southern District of New York

                         By: _____
                                      Negar Tekeei
                                      Assistant United States Attorney
                                      Tel: (212) 637-2482

The undersigned hereby consents to the foregoing and expressly waives any and all rights to a speedy trial pursuant to the Sixth Amendment to the United States Constitution, the Speedy Trial Act, 18 U.S.C. §§3161 et seq., and any other pertinent provisions, and consents to the adjournment of all pending proceedings in this case. The undersigned further waives the applicable statute of limitations with respect to any prosecution that is not time-barred on the date that this agreement is signed. It is the intent of this provision to toll the applicable statute of limitations during the pendency of the deferred prosecution.

Dated: New York, New York
       November 12, 2015

_____                    _____
Susan K. Marcus, Esq.                               Kim Curtis Simmons
Attorney for Defendant                                Defendant

United States v. Kim Curtis Simmons, 14 Cr. 306 (KMW)
Deferred Prosecution Agreement
November 12, 2015
Page 3 of 3

      Pursuant to 18 U.S.C. §3161(h)(2), exclusion under the Speedy Trial Act of the period of time during which the prosecution of the defendant is deferred pursuant to this agreement is hereby approved.

Dated: New York, New York
       November 12, 2015

                                       The Honorable Kimba M. Wood
                                       United States District Judge

      The undersigned hereby consents to the foregoing and will accept supervision of the above-named defendant on the conditions set forth herein.

Dated: New York, New York
       November 12, 2015

                                       Jason Lerman
                                       United States Pretrial Services Officer